IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:* <br><br> *The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al., No. 16-cv-7853; Aguilar, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-09663; Addesso, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-09937; Hodges, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-00117; Aiken, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-00450; Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al., No. 17-cv-02651; Abarca, et al., v. Kingdom of Saudi Arabia, et al., No. 17-cv-03887; Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-03908; Abedhajajreh v. Kingdom of Saudi Arabia, et al., No. 17-cv-06123; Fraser, et al. v. Al Qaeda Islamic Army, et al., No. 17-cv-07317; Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-07914;* and *Abbate, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-08617.* | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR**
**ADMISSION OF MICHAEL MAHAFFEY PRO HAC VICE**

I, Michael Mahaffey, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matters as counsel Pro Hac Vice for Al Rajhi Bank.

I, Michael Mahaffey, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from the bar of the District of Columbia is attached.

I certify and attest, under penalty of perjury as described in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: May 9, 2023
Washington, DC

Michael Mahaffey
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephne:  + 1 202 626 3600
Facsimile: + 1 202 639 9355
michael.mahaffey@whitecase.com

Sworn to and subscribed before me this 9th day of May, 2023.

NOTARY PUBLIC
District of Columbia

DEBORAH L. JOHNSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 31, 2023